THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C22-0319-JCC |
| Plaintiff, | ORDER OF DEFAULT JUDGMENT |
| v. | |
| HEALTH SERVICES & BENEFIT ADMINISTRATORS, INC., | |
| Defendant. | |

This matter comes before the Court on Plaintiff's motion for default judgment (Dkt. No. 8). Having thoroughly considered the motion, accompanying declarations, the complaint, and the relevant record, the Court FINDS as follows:

1. Plaintiff properly served Defendant on May 23, 2022 (Dkt. No. 5);

2. The Clerk entered default against Defendant on June 24, 2022 (Dkt. No. 7);

3. Defendant has failed to appear or otherwise defend in this action, *see* Fed. R. Civ. P. 55(a);

4. This action is properly within the jurisdiction of the Court and venue is proper;

5. The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986), support granting default judgment in Plaintiff's favor.

For the foregoing reasons, the Court hereby GRANTS the motion and AWARDS

judgment against Defendant and in favor of Plaintiff in the amount of $41,947.40. This amount is due the Plaintiff's Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Local 856 with which Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trusts for the audit period May 1, 2016 through July 31, 2021.

Post-judgment interest shall accrue at the statutory rate as set forth in 28 U.S.C. § 1961(a). *See Northrop Corp. v. Triad Intern. Marketing, S.A.*, 842 F.2d 1154, 1155 (9th Cir. 1988); LCR 55(b)(2)(B).

## SUMMARY OF JUDGMENT

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Health Services & Benefits Administrators, Inc. |
| Principal Judgment Amount: | $29,375.03 |
| Liquidated Damages: | $5,875.01 |
| Interest to Date of Judgment: | $5,240.36 |
| Attorney Fees: | $960.00 |
| Court Costs: | $497.00 |
| Percent Interest on Principal: | 4% per annum |
| Other Recovery Amounts: | NONE |
| Interest Rate on Costs: | NONE |
| Total: | $41,947.40 |

Attorneys for Judgment Creditor:   Reid, McCarthy, Ballew & Leahy, L.L.P.

DATED this 7th day of July 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE